**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard P. Silverman                                  CHAPTER 13
        Carol A. Silverman
              Debtor(s)                                     BKY. NO. 23-12875 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC and index same on the master mailing list.

                                                  Respectfully submitted,



/s/ Mark A. Cronin
Mark Cronin
29 Sep 2023, 13:00:04, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322