# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carol A. Silverman<br>Richard P. Silverman<br>          Debtors | CHAPTER 13 |
| HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1, its successors and/or assignees<br>          Movant<br>          vs. | NO. 23-12875 AMC |
| Carol A. Silverman<br>Richard P. Silverman<br>          Debtors | |
| Scott F. Waterman<br>          Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1, which was filed with the Court on or about November 28, 2023.

Dated: December 19, 2023

Respectfully submitted,

/s/Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com