IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>RICHARD P. SILVERMAN and<br>CAROL A. SILVERMAN,<br><br>    Debtor,<br><br>VW CREDIT LEASING, LTD.<br><br>    Movant,<br><br>        v.<br>RICHARD P. SILVERMAN and<br>CAROL A. SILVERMAN and<br>SCOTT F. WATERMAN, Trustee,<br><br>        Respondents. | Bankruptcy No. 23-12875-amc<br><br>Chapter 13<br><br>Document No. |

## ORDER OF COURT

AND NOW, this  1st  day of  February         , 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of VW Credit Leasing, Ltd in the 2020 Volkswagen Passat, VIN: 1VWWA7A32LC007105.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge