United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12875-amc |
| Richard P. Silverman | Chapter 13 |
| Carol A. Silverman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 15, 2024 | Form ID: 155 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard P. Silverman, Carol A. Silverman, 302 Garth Road, Oreland, PA 19075-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14834707 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2024 00:33:25 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14817279 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 00:33:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14823551 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 00:33:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14834119 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 00:20:00 | HSBC Bank USA, National Association at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14819471 | ^ | MEBN | Feb 16 2024 00:10:02 | HSBC Bank USA, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14830178 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 00:33:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14817283 | | Email/Text: ml-ebn@missionlane.com | Feb 16 2024 00:20:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14817282 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 16 2024 00:20:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 14817284 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 00:20:00 | Mr. Cooper, PO Box 818060, Cleveland, OH 44181-8060 |
| 14817285 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2024 00:33:14 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14817286 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 00:59:35 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14817287 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 16 2024 00:59:43 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14817288 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 16 2024 00:33:47 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14825510 | + | Email/Text: bankruptcy@bbandt.com | Feb 16 2024 00:20:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14817289 | | Email/Text: bknotice@upgrade.com | Feb 16 2024 00:20:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14835544 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 16 2024 00:20:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14832620 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 00:59:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14817291 | + | Email/Text: vci.bkcy@vwcredit.com | Feb 16 2024 00:21:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14817280 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14817281 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14817290 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

**Name** | **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Carol A. Silverman tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Richard P. Silverman tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC bkgroup@kmllawgroup.com

KERI P EBECK
    on behalf of Creditor VW Credit Leasing  Ltd kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MARK A. CRONIN
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: 155 | Total Noticed: 19 |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard P. Silverman and Carol A. Silverman

    Debtor(s)

Chapter: 13

Bankruptcy No: 23−12875−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 14, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

27
Form 155