| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12875-AMC**

| | |
|---|---|
| Richard P. Silverman | Petition Filed Date: 09/22/2023 |
| Carol A. Silverman | 341 Hearing Date: 10/27/2023 |
| 302 Garth Road | Confirmation Date: 02/14/2024 |
| Oreland  PA   19075 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/24/2023 | $300.00 | | 11/22/2023 | $300.00 | | 12/22/2023 | $181.00 | |
| 01/24/2024 | $181.00 | | 02/22/2024 | $181.00 | | 03/22/2024 | $181.00 | |
| 04/23/2024 | $181.00 | | 05/22/2024 | $181.00 | | 06/24/2024 | $181.00 | |
| 07/23/2024 | $260.00 | | | | | | | |

**Total Receipts for the Period: $2,127.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,307.67**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,775.00 | $1,517.40 | $2,257.60 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $2,262.05 | $0.00 | $2,262.05 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $364.73 | $0.00 | $364.73 |
| 3 | TRUIST BANK - DDA RECOVERY »» 003 | Unsecured Creditors | $78.00 | $0.00 | $78.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $388.13 | $0.00 | $388.13 |
| 5 | VERIZON BY AIS AS AGENT »» 005 | Unsecured Creditors | $146.73 | $0.00 | $146.73 |
| 6 | NATIONSTAR MORTGAGE LLC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | ALLY BANK »» 007 | Unsecured Creditors | $2,956.12 | $0.00 | $2,956.12 |
| 8 | VW CREDIT LEASING LTD »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MEDICAL DATA SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | OLLO CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | ALLY BANK | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | UPGRADE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | UPGRADE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12875-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,307.67 | Current Monthly Payment: | $180.67 |
| Paid to Claims: | $1,517.40 | Arrearages: | ($81.64) |
| Paid to Trustee: | $230.77 | Total Plan Base: | $11,078.86 |
| Funds on Hand: | $559.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.