UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Richard P. Silverman, | : | Chapter 13 |
| Carol A. Silverman | : | |
| Debtors | : | Bankruptcy No. 23-12875-amc |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __40__, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. #__51__) is approved.

BY THE COURT:

Date: Oct. 11, 2024

_____
Ashely M. Chan
United States Bankruptcy Judge