United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-12875-amc |
|---|---|
| Richard P. Silverman | Chapter 13 |
| Carol A. Silverman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard P. Silverman, Carol A. Silverman, 302 Garth Road, Oreland, PA 19075-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

**Name**                          **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Carol A. Silverman tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Richard P. Silverman tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC bkgroup@kmllawgroup.com

KERI P EBECK
    on behalf of Creditor VW Credit Leasing  Ltd kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

ROBERT PATRICK WENDT
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 1

Loan Asset-Backed Certificates, Series 2005-WMC paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Richard P. Silverman,           :    Chapter 13
       Carol A. Silverman            :
           Debtors                :    Bankruptcy No. 23-12875-amc

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __40__, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. #__51__) is approved.

BY THE COURT:

Date: Oct. 11, 2024

_____
Ashely M. Chan
United States Bankruptcy Judge