*Form 167* (1/25)–doc 65 – 64

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Richard P. Silverman ) | Case No. 23−12875−amc |
| ) | |
| ) | |
|    Carol A. Silverman ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset−Backed Certificates, Series 2005−WMC

on: 4/16/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: March 25, 2025                                                                                       For The Court

                                                                                                                                                              Timothy B. McGrath
                                                                                                                                                              Clerk of Court