Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-12875-AMC**

Richard P. Silverman
Carol A. Silverman
302 Garth Road
Oreland  PA    19075

Petition Filed Date: 09/22/2023
341 Hearing Date: 10/27/2023
Confirmation Date: 02/14/2024

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/22/2024 | $180.67 | | 09/24/2024 | $207.00 | | 10/23/2024 | $207.00 | |
| 11/22/2024 | $207.00 | | 12/26/2024 | $207.00 | | 01/22/2025 | $207.00 | |
| 02/24/2025 | $207.00 | | 03/24/2025 | $207.00 | | 04/23/2025 | $207.00 | |
| 05/23/2025 | $212.99 | | 06/24/2025 | $207.00 | | 07/23/2025 | $207.00 | |

**Total Receipts for the Period: $2,463.66  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $4,797.66**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,775.00 | $3,775.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $2,262.05 | $0.00 | $2,262.05 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $364.73 | $0.00 | $364.73 |
| 3 | TRUIST BANK - DDA RECOVERY »» 003 | Unsecured Creditors | $78.00 | $0.00 | $78.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $388.13 | $0.00 | $388.13 |
| 5 | VERIZON BY AIS AS AGENT »» 005 | Unsecured Creditors | $146.73 | $0.00 | $146.73 |
| 6 | NATIONSTAR MORTGAGE LLC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | RESURGENT RECEIVABLES LLC »» 007 | Unsecured Creditors | $2,956.12 | $0.00 | $2,956.12 |
| 8 | VW CREDIT LEASING LTD »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MEDICAL DATA SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | OLLO CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | ALLY BANK | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | UPGRADE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | UPGRADE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12875-AMC**

| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $406.56 | $883.44 |
|---|---|---|---|---|---|

---

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,797.66 | Current Monthly Payment: | $207.70 |
| Paid to Claims: | $4,181.56 | Arrearages: | $29.44 |
| Paid to Trustee: | $420.48 | Total Plan Base: | $12,512.00 |
| Funds on Hand: | $195.62 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.