Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Richard P. Silverman
Carol A. Silverman
302 Garth Road
Oreland, PA 19075

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12875-AMC**

Petition Filed Date: 09/22/2023
341 Hearing Date: 10/27/2023
Confirmation Date: 02/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $207.00 | | 09/23/2025 | $207.00 | | 10/22/2025 | $207.00 | |
| 11/24/2025 | $207.00 | | 12/23/2025 | $207.00 | | 01/26/2026 | $212.99 | |
| 02/24/2026 | $207.00 | | 03/24/2026 | $207.00 | | 04/27/2026 | $211.00 | |
| 05/22/2026 | $207.00 | | | | | | | |

**Total Receipts for the Period: $2,079.99 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,670.65**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,775.00 | $3,775.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $2,262.05 | $381.72 | $1,880.33 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $364.73 | $61.55 | $303.18 |
| 3 | TRUIST BANK - DDA RECOVERY<br>»» 003 | Unsecured Creditors | $78.00 | $0.00 | $78.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $388.13 | $65.49 | $322.64 |
| 5 | VERIZON BY AIS AS AGENT<br>»» 005 | Unsecured Creditors | $146.73 | $15.62 | $131.11 |
| 6 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | RESURGENT RECEIVABLES LLC<br>»» 007 | Unsecured Creditors | $2,956.12 | $498.82 | $2,457.30 |
| 8 | VW CREDIT LEASING LTD<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MEDICAL DATA SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | OLLO CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | ALLY BANK | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12875-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | UPGRADE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | UPGRADE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,670.65 | Current Monthly Payment: | $207.70 |
| Paid to Claims: | $6,088.20 | Arrearages: | $648.85 |
| Paid to Trustee: | $560.15 | Total Plan Base: | $12,512.00 |
| Funds on Hand: | $22.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.